```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
9215-5498 QUEBEC, INC. d/b/a NRG                               :
GLOBAL SOURCING, INC.,                                         :
                                                               :
                                Plaintiff,                     :
                                                               :
                  -v -                                         :
                                                               :
COVCARE, INC., WOOTER APPAREL                                  :
INC., ALEX ALEKSANDROVSKI, DAVID                               :
KLEYMAN AND JOHN DOES,                                         :
                                                               :
                                Defendants.                    :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2021

1:21-cv-07921-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court may transfer a case "[f]or the convenience of the parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a). The Court may also transfer a case based on the consent of the parties. 28 U.S.C. § 1404(b). Plaintiff, the only party to appear in this case, haa consented to transfer to the Eastern District of New York. Accordingly, the Court orders that this case be transferred to the Eastern District of New York.

Plaintiffs are directed to serve a copy of this order on all Defendants in this action and to retain proof of service. The Clerk of Court is directed to transfer this case to the Eastern District of New York without delay.

SO ORDERED.

Dated: September 27, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge